UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAT A. UNG,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 5:25-cv-03349 ADS<br><br><br>ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 |

Petitioner Bat A. Ung filed a Petition for a Writ of Habeas Corpus By a Person in Federal Custody Under 28 U.S.C. § 2241 (the "Petition"). (Dkt. No. 1.) Petitioner is in immigration detention in Adelanto, California. (Id.) Petitioner asserts four grounds for immediate release: (1) there is no reason to believe he will be deported to Vietnam in the reasonably foreseeable future; (2) Respondents violated due process and their regulations when revoking Petitioner's Order of Supervised Release; and (3)-(4) to the extent his detention is intended to effectuate removal to a third country, his detention is unlawful. (Id.) Respondents filed an Answer to the Petition. (Dkt. No. 18.) Petitioner

filed a Reply in support of the Petition. (Dkt. No. 19.) The Court held a hearing on the Petition on March 17, 2026.

At the hearing, Respondents conceded the merits of Petitioner's first ground for immediate release. Specifically, Respondents conceded they cannot meet the burden to show there is a significant likelihood that Petitioner can be removed in the reasonably foreseeable future based on Petitioner's detention for roughly six months. Respondents further conceded immediate release is appropriate. Accordingly, the Petition is granted in part. The Court orders Respondents to immediately release Petitioner from immigration detention. The Court declines to reach the merits of Petitioner's other asserted grounds because the relief sought in the Petition has been granted.

IT IS SO ORDERED.

Dated:   March 17, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2