JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BAT A. UNG, | Case No. 5:25-cv-03349 ADS |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition (Dkt. No. 1) is GRANTED IN PART.  Respondents are ordered to immediately release Petitioner from immigration detention.

DATED:  March 17, 2026          /s/ Autumn D. Spaeth
                                   THE HONORABLE AUTUMN D. SPAETH
                                   United States Magistrate Judge